# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lola E. Affleck <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 17-10855 SR |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio Servicing, Inc. as Servicer for Wells Fargo Bank, N.A., on Behalf of the Certificate Holders Park Place Securities, Inc. Asset-Backed Pass Through Certificates, Series 2005-WCW1, and index same on the master mailing list.

Respectfully submitted,

**/s/ Matteo S. Weiner, Esq.**
Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734