| Read Message |
|---|

Previous | Next | Move To Select One ▼
OK | REPLY | REPLY ALL | FORWARD | FULL HEADERS | EXPORT | PRINT
DELETE | REPORT SPAM

**From:** USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>
[ add to contacts ]
**To:** robert@bravermanlaw.com
**Cc:**
**Date:** Monday, February 27, 2017 08:00 pm
**Subject:** U.S. Bankruptcy Court, Eastern District of Pennsylvania - Returned Mail Notice, In re: Lola E. Affleck, Case Number: 17-10855, sr, Ref: [p-105061125]
**Attachments:** 📎 R_P21710855309I0037.PDF (13KB)

<u>Notice of Returned Mail to Debtor/Debtor's Attorney</u>

February 27, 2017

From: United States Bankruptcy Court, Eastern District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Lola E. Affleck, Case Number 17-10855, sr

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court
Philadelphia
900 Market Street
Suite 400
Philadelphia, PA 19107</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Select Portfolio Servicing
3815 S West Temple Ste 2000
Salt Lake City, UT 84115-4412

THE UPDATED ADDRESS IS:

SELECT PORTFOLIO SERVICING
3217 DECKER LAKE DR.
SALT LAKE CITY, UT 84119