IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                    :
                                          :        In Chapter 13
         LOLA E. AFFLECK                  :
                                          :        Bankruptcy No. 17-10855 (SR)
                    Debtor.               :
-------------------------------------------------------x
```

## **PRAECIPE TO WITHDRAW STIPULATION**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Stipulation Between The Debtor's Adversary Proceeding Against The City of Philadelphia (Document #24) which was filed on June 20, 2017.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: June 21, 2017      By:    */s/ Pamela Elchert Thurmond*
PAMELA ELCHERT THURMOND
Deputy City Solicitor
PA Attorney I.D. 202504
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
Email: Pamela.Thurmond@phila.gov