UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| LOLA E. AFFLECK, | : | CASE #17-10855/sr |
| Debtor. | ; | Hearing Date: 06/28/2017 |

### CERTIFICATE OF SERVICE
(Amended Chapter 13 Plan)

KATHY BROCIOUS, of full age, certifies as follows:

1. I am employed with the Law Office of Robert Braverman, LLC, attorneys for the above captioned debtor.

2. On June 22, 2017, I electronically filed with the U.S. Bankruptcy Court for the Eastern District of Pennsylvania debtor's Amended Chapter 13 Plan.

3. On June 23, 2017, I served a copy of the Amended Chapter 13 Plan together with the attached transmittal letter to all parties indicated on the transmittal letter via the service indicated.

I certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.

DATED:    June 23, 2017

/s/ Kathy Brocious
KATHY BROCIOUS

*Law Office Of*
# *Robert Braverman, LLC*
### *Attorney At Law*
1060 N. Kings Highway, Suite 333
Cherry Hill, NJ 08034
Email: robert@bravermanlaw.com
Telephone (856) 348-0115   Facsimile (856) 414-1230

Robert N. Braverman *+#

* Also Member of PA Bar
+ BOARD CERTIFIED –
  American Board of Certification
  Consumer Bankruptcy Law
# BOARD CERTIFIED –
  American Board of Certification
  Business Bankruptcy Law

PHILADELPHIA OFFICE

15th Floor
1515 Market Street
Phila., PA 19102

Telephone (215) 928-9199

June 22, 2017

To:  All Parties on Attached Service List

RE:    **LOLA E. AFFLECK – Bkrtcy. Case #17-10855/sr**

Sir/Madam:

Enclosed please find Amended Chapter 13 Plan reflecting that the secured portion of the City of Philadelphia claim is $2,716.13; reflecting the Wells Fargo Bank information; reflecting that the tax lien of the City of Philadelphia is to be crammed down to zero, treated as unsecured, discharged and released upon completion of the Bankruptcy; and reflecting that creditor, Toyota Motor Credit Corporation, will be paid by co-borrower, not by debtor.

This Amended Plan has been served upon you because it **contains information that may affect your interest adversely**.

The Confirmation Hearing is presently scheduled for June 28, 2017 but will likely be adjourned to a later date.  **Objections** to any relief sought in this Amended Chapter 13 Plan **must be filed seven (7) days prior to the Confirmation Hearing**.

YOU SHOULD CONSULT WITH YOUR ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.

Very truly yours,

/s/ Robert N. Braverman

ROBERT N. BRAVERMAN

RNB/kb
Enclosure

Frederick L. Reigle, Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
PO Box 4010
Reading, PA 19606
*Electronic Notice Only*

City of Philadelphia c/o
Drew Salaman, Esquire
100 S. Broad Street, Suite 650
Phila., PA 19110
*Regular Mail Only*

City of Philadelphia c/o
Pamela Elchert Thurmond
Deputy City Solicitor
City of Phila., Law Dept.
Municipal Services Bldg., 5th Floor
1401 JFK Blvd.
Phila., PA 19102-1595
*Electronic Notice & Certified Mail – RRR*

City of Philadelphia
PO Box 1630
Phila., PA 19105
*Regular Mail Only*

Select Portfolio Servicing
3815 S. West Temple, Suite 2000
Salt Lake City, UT 84115
*Regular Mail Only*

Toyota Motor Credit Corp.
240 Gibralter Road, Suite 260
Horsham, PA 19044
*Regular Mail Only*

Wells Fargo Bank c/o
Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Phila., PA 19106-1532
*Electronic Notice Only*

Toyota Motor Credit Corp c/o
Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Phila., PA 19106-1532
*Electronic Notice Only*

Select Portfiolo Servicing, Inc.
Attn: Timothy O'Brien, CEO/President
3217 S. Decker Lake Drive
Salt Lake City, UT 84119-3284
*Regular & Certified Mail – RRR*

Wells Fargo Bank, Headquarters
Attn: John Richard Shrewsberry, CFO
101 N. Phillips Avenue
Sioux Falls, SD 57104
*Regular & Certified Mail – RRR*

Toyota Motor Credit Corp. Headquarters
Attn: Michael Groff, President & CEO
19001 South Western Avenue
Mailcode WF21
Torrance, CA 90501
*Regular & Certified Mail – RRR*