UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| LOLA E. AFFLECK, | : | CASE #17-10855/sr |
| Debtor. | ; | Hearing Date: 10/12/2017 |

**CERTIFICATE OF SERVICE**
**(Second Amended Chapter 13 Plan)**

KATHY BROCIOUS, of full age, certifies as follows:

1. I am employed with the Law Office of Robert Braverman, LLC, attorneys for the above captioned debtor.

2. On September 12, 2017, I electronically filed with the U.S. Bankruptcy Court for the Eastern District of Pennsylvania debtor's Second Amended Chapter 13 Plan.

3. On September 12, 2017, I served a copy of the Second Amended Chapter 13 Plan together with the attached transmittal letter to all parties indicated on the transmittal letter via the service indicated.

I certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.

　　　　　　　　　　　　　　　　　　　/s/ Kathy Brocious
DATED:    September 12, 2017　　　　KATHY BROCIOUS

# Law Office Of
# Robert Braverman, LLC
## Attorney At Law
1060 N. Kings Highway, Suite 333
Cherry Hill, NJ 08034
Email: robert@bravermanlaw.com
Telephone (856) 348-0115   Facsimile (856) 414-1230

Robert N. Braverman *+#

* Also Member of PA Bar
+ BOARD CERTIFIED –
  American Board of Certification
  Consumer Bankruptcy Law
# BOARD CERTIFIED –
  American Board of Certification
  Business Bankruptcy Law

PHILADELPHIA OFFICE

15th Floor
1515 Market Street
Phila., PA 19102

Telephone (215) 928-9199

September 12, 2017

To All Parties on Attached Service List

RE:   **LOLA E. AFFLECK – Bkrtcy. Case #17-10855/sr**

Sir/Madam:

As you know, this office represents the above captioned debtor in the filing of a Chapter 13 Bankruptcy Petition. In that regard, I enclose for your review a copy of debtor's Second Amended Chapter 13 Plan filed with the Court. **Same reflects correct amounts owed to the City of Philadelphia and to Wells Fargo Bank as well as the cram down of the City of Philadelphia tax lien and the Toyota loan is being paid by co-borrowers, not debtor.** It has been served upon you because **the Second Amended Chapter 13 Plan contains information that may affect your interest adversely**. Please review the Plan carefully.

The Confirmation Hearing has been re-scheduled to **October 12, 2017 @ 10:00 am**. Objections to any relief sought in the Second Amended Chapter 13 Plan **must be filed seven (7) days prior to the Confirmation Hearing**.

YOU SHOULD CONSULT WITH YOUR ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.

Very truly yours,

/s/  Robert N. Braverman

ROBERT N. BRAVERMAN

RNB/kb
Enclosure

U.S. Trustee's Office
833 Chestnut Street, Suite 500
Phila., PA 19107-4405
*Electronically*

Frederick L. Reigle, Ch. 13 Trustee
PO Box 4010
Reading, PA 19606-0410
*Electronically*

City of Philadelphia c/o
Pamela Elchert Thurmond
Deputy City Solicitor
1401 JFK Blvd., Room 580
Phila., PA 19102-1595
*Electronically & Regular Mail*

City of Philadelphia c/o
Megan N. Harper, Dep City Solicitor
1401 JFK Blvd., 5th Floor
Phila., PA 19102
*Regular Mail*

Select Portfolio Servicing, Inc. c/o
Matteo S. Weiner/Thomas I. Puleo
KML Law Group, P.C.
701 Market Street, Suite 5000
Phila., PA 19106-1532
*Electronically & Regular Mail*

Toyota Motor Credit Corp. c/o
Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Phila., PA 19106-1532
*Electronically & Regular Mail*

Toyota Motor Credit Corp. c/o
Natalie E. Lea, Authorized Agent
Buckley Madole, P.C.
PO Box 9013
Addison, TX 75001
*Regular Mail*

City of Philadelphia c/o
Drew Salaman, Esquire
100 S. Broad Street, Suite 650
Phila., PA 19110-1030
*Regular Mail*