United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lola E. Affleck  
    Debtor

Case No. 17-10855-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Antoinett　　　Page 1 of 1　　　Date Rcvd: Oct 12, 2017  
　　　　　　　　　　　　Form ID: 155　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2017.  
db　　　　+Lola E. Affleck,    4161 Gilham Street,    Philadelphia, PA 19135-2512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2017 at the address(es) listed below:  
　　　　FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
　　　　FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
　　　　MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
　　　　MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW1 bkgroup@kmllawgroup.com  
　　　　PAMELA ELCHERT THURMOND    on behalf of Defendant    City of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov  
　　　　PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov  
　　　　POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
　　　　ROBERT NEIL BRAVERMAN    on behalf of Debtor Lola E. Affleck robert@bravermanlaw.com  
　　　　ROBERT NEIL BRAVERMAN    on behalf of Plaintiff Lola E. Affleck robert@bravermanlaw.com  
　　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Lola E. Affleck
        Debtor(s)

Chapter: 13

Bankruptcy No: 17−10855−jkf

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 12th day of October, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Jean K. FitzSimon
    Judge ,
    United States Bankruptcy Court

43 − 35
Form 155