United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lola E. Affleck  
    Debtor

Case No. 17-10855-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Nov 20, 2017  
               Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.  
db        +Lola E. Affleck,    4161 Gilham Street,    Philadelphia, PA 19135-2512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:

         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation    bkgroup@kmllawgroup.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW1 bkgroup@kmllawgroup.com  
         PAMELA ELCHERT THURMOND    on behalf of Defendant    City of Philadelphia pamela.thurmond@phila.gov,    james.feighan@phila.gov  
         PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,    james.feighan@phila.gov  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         ROBERT NEIL BRAVERMAN    on behalf of Debtor Lola E. Affleck robert@bravermanlaw.com  
         ROBERT NEIL BRAVERMAN    on behalf of Plaintiff Lola E. Affleck robert@bravermanlaw.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                               TOTAL: 10

___

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
___

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| LOLA E. AFFLECK, | : | CASE #17-10855/JKF |
| Debtor. | : | **ORDER GRANTING ALLOWANCES** |

THIS MATTER having been opened to the Court by Robert N. Braverman, Esquire of the Law Office of Robert Braverman, LLC, attorneys for debtor, pursuant to an Application for Compensation and Reimbursement of Expenses and Notice thereof, and the Court having reviewed the Application for Compensation, and the matter having come on for hearing, and for good cause shown;

IT IS on this _____ day of _____, 2017 ORDERED that the Application for Compensation and Reimbursement of Expenses of Robert N. Braverman, Esquire, attorneys for debtor, in the amount of $3,250.00 in compensation ($1,000.00 previously received and $2,250.00 paid through the Chapter 13 Plan) be and is hereby allowed.

**Date: November 20, 2017**                              _____
                                                                              HONORABLE JEAN K. FITZSIMON, USBJ

Copies to be sent to:

Robert N. Braverman, Esquire (#38312)
LAW OFFICE OF ROBERT BRAVERMAN, LLC
1515 Market Street, 15th Floor
Phila., PA 19102
(215) 928-9199
Attorneys For Debtor