UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| LOLA E. AFFLECK, | : | CASE #17-10855/JKF |
| Debtor. | : | Hearing Date: 07/18/18 @ 9:30 am |

**OBJECTION TO MOTION OF TOYOTA MOTOR
CREDIT CORP FOR RELIEF FROM THE STAY**

Debtor, Lola E. Affleck, by way of Objection to the Motion for Relief filed by Toyota Motor Credit Corporation, through her attorney, Robert N. Braverman, Esquire of the Law Office of Robert Braverman, LLC, states:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Denied.
7. Denied.
8. Denied.
9. Denied.
10. Denied.
11. Admitted.

WHEREFORE, it is respectfully requested that the Motion For Relief filed by Toyota Motor Credit Corporation be DENIED.

Respectfully submitted,

LAW OFFICE OF ROBERT BRAVERMAN, LLC
Attorneys for Debtor, Lola E. Affleck,

By: /s/ Robert N. Braverman
ROBERT N. BRAVERMAN, ESQUIRE

DATED:   July 13, 2018