| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-10855-AMC

LOLA E. AFFLECK
4161 GILHAM STREET
PHILADELPHIA  PA    19135

Petition Filed Date: 02/06/2017
341 Hearing Date: 03/17/2017
Confirmation Date: 10/12/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $107.00 | | 02/05/2019 | $107.00 | | 03/04/2019 | $107.00 | |
| 04/04/2019 | $107.00 | | 05/06/2019 | $107.00 | | 06/05/2019 | $107.00 | |
| 07/08/2019 | $107.00 | | 08/05/2019 | $107.00 | | 09/12/2019 | $107.00 | Automatic Payr |
| 10/15/2019 | $107.00 | | 11/13/2019 | $107.00 | | 12/12/2019 | $107.00 | |
| 01/13/2020 | $107.00 | | 02/12/2020 | $107.00 | | 03/12/2020 | $107.00 | |
| 04/13/2020 | $107.00 | | 05/12/2020 | $107.00 | | 06/12/2020 | $107.00 | |
| 07/13/2020 | $107.00 | | 08/12/2020 | $107.00 | | | | |

**Total Receipts for the Period: $2,140.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,362.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | LVNV FUNDING LLC<br>»»  004 | Unsecured Creditors | $565.31 | $0.00 | $565.31 |
| 5 | LVNV FUNDING LLC<br>»»  005 | Unsecured Creditors | $360.27 | $0.00 | $360.27 |
| 3 | PHILADELPHIA GAS WORKS<br>»»  003 | Unsecured Creditors | $303.54 | $0.00 | $303.54 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»»  009 | Secured Creditors | $123.07 | $52.23 | $70.84 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»»  08A | Secured Creditors | $2,716.13 | $1,306.13 | $1,410.00 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»»  08B | Unsecured Creditors | $40,923.32 | $0.00 | $40,923.32 |
| 7 | SELECT PORTFOLIO SERVICING INC<br>»»  007 | Mortgage Arrears | $559.05 | $268.82 | $290.23 |
| 6 | SYNCHRONY BANK<br>»»  006 | Unsecured Creditors | $428.53 | $0.00 | $428.53 |
| 2 | TOYOTA MOTOR CREDIT CORP<br>»»  002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | ROBERT NEIL BRAVERMAN ESQ<br>»»  001 | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |

**Chapter 13 Case No. 17-10855-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $4,362.00 | Current Monthly Payment: | $107.00 |
| Paid to Claims: | $3,877.18 | Arrearages: | $0.00 |
| Paid to Trustee: | $381.54 | Total Plan Base: | $6,288.00 |
| Funds on Hand: | $103.28 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.