IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lola E. Affleck<br>    Debtor | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>    Movant<br>vs. | NO. 17-10855 AMC |
| Lola E. Affleck<br>    Debtor | |
| Stacy A. Affleck  Co-Debtor | 11 U.S.C. Sections 362 and 1301 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Debtor filed this Chapter 13 bankruptcy petition on or about February 6, 2017.

2. On or about June 19, 2018, Toyota Lease Trust ("Secured Creditor") filed a Motion for Relief with regards to a Lease for a 2011 TOYOTA RAV4, VIN: JTMBF4DV6B5039587 ("the Vehicle").

3. The Motion for Relief was resolved via a Stipulation approved by this Court on August 13, 2018.

4. Since the Stipulation was approved, Debtor has returned the vehicle to Secured Creditor as of February 8, 2021.

5. Secured Creditor and Debtor now agree and stipulate that relief from the automatic stay with regards to the Vehicle is now lifted.

6. Secured Creditor, its successors and/or assigns may take possession and sell, lease, and otherwise dispose of the Vehicle in a commercially reasonable manner.

7. Co-Debtor, Stacy A. Affleck, has not objected to Secured Creditor's Motion for Relief, and therefore the co-debtor stay is lifted.

8. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: March 9, 2021

By: /s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire

Date: March 9, 2021

Robert Neil Braverman, Esquire
Attorney for Debtors

Approved by the Court this ___ day of _____, 2021. However, the court retains discretion regarding entry of any further order.

**Date: March 12, 2021**

Bankruptcy Judge
Ashely M. Chan