United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10855-amc |
| Lola E. Affleck | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2021:**

**Recip ID          Recipient Name and Address**
db              + Lola E. Affleck, 4161 Gilham Street, Philadelphia, PA 19135-2512

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2021                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2021 at the address(es) listed below:

**Name            Email Address**

FREDERICK L. REIGLE
             on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

KEVIN G. MCDONALD
             on behalf of Creditor Wells Fargo Bank  N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW1 bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
             on behalf of Creditor Wells Fargo Bank  N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW1 bkgroup@kmllawgroup.com

PAMELA ELCHERT THURMOND
             on behalf of Defendant City of Philadelphia pamela.thurmond@phila.gov  karena.blaylock@phila.gov

PAMELA ELCHERT THURMOND
             on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  karena.blaylock@phila.gov

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor Wells Fargo Bank  N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW1 bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

ROBERT NEIL BRAVERMAN
    on behalf of Plaintiff Lola E. Affleck rbraverman@mcdowelllegal.com
    kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

ROBERT NEIL BRAVERMAN
    on behalf of Debtor Lola E. Affleck rbraverman@mcdowelllegal.com
    kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lola E. Affleck <br>                 Debtor | CHAPTER 13 |
| Toyota Motor Credit Corporation <br>                 Movant <br> vs. | NO. 17-10855 AMC |
| Lola E. Affleck <br>                 Debtor | |
| Stacy A. Affleck     Co-Debtor | 11 U.S.C. Sections 362 and 1301 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Debtor filed this Chapter 13 bankruptcy petition on or about February 6, 2017.

2. On or about June 19, 2018, Toyota Lease Trust ("Secured Creditor") filed a Motion for Relief with regards to a Lease for a 2011 TOYOTA RAV4, VIN: JTMBF4DV6B5039587 ("the Vehicle").

3. The Motion for Relief was resolved via a Stipulation approved by this Court on August 13, 2018.

4. Since the Stipulation was approved, Debtor has returned the vehicle to Secured Creditor as of February 8, 2021.

5. Secured Creditor and Debtor now agree and stipulate that relief from the automatic stay with regards to the Vehicle is now lifted.

6. Secured Creditor, its successors and/or assigns may take possession and sell, lease, and otherwise dispose of the Vehicle in a commercially reasonable manner.

7. Co-Debtor, Stacy A. Affleck, has not objected to Secured Creditor's Motion for Relief, and therefore the co-debtor stay is lifted.

8. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: March 9, 2021

By: /s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire

Date: March 9, 2021

Robert Neil Braverman, Esquire
Attorney for Debtors


Approved by the Court this ___ day of _____, 2021. However, the court retains discretion regarding entry of any further order.

**Date: March 12, 2021**

Bankruptcy Judge
Ashely M. Chan