| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-10855-AMC

LOLA E. AFFLECK  
4161 GILHAM STREET  
PHILADELPHIA  PA    19135

Petition Filed Date: 02/06/2017  
341 Hearing Date: 03/17/2017  
Confirmation Date: 10/12/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $107.00 | | 02/12/2020 | $107.00 | | 03/12/2020 | $107.00 | |
| 04/13/2020 | $107.00 | | 05/12/2020 | $107.00 | | 06/12/2020 | $107.00 | |
| 07/13/2020 | $107.00 | | 08/12/2020 | $107.00 | | 09/15/2020 | $107.00 | |
| 10/13/2020 | $107.00 | | 11/13/2020 | $107.00 | | 12/14/2020 | $107.00 | |
| 01/12/2021 | $107.00 | | 02/12/2021 | $107.00 | | 03/12/2021 | $107.00 | |
| 04/12/2021 | $107.00 | | 05/12/2021 | $107.00 | | | | |

**Total Receipts for the Period: $1,819.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,325.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | LVNV FUNDING LLC<br>»»  004 | Unsecured Creditors | $565.31 | $0.00 | $565.31 |
| 5 | LVNV FUNDING LLC<br>»»  005 | Unsecured Creditors | $360.27 | $0.00 | $360.27 |
| 3 | PHILADELPHIA GAS WORKS<br>»»  003 | Unsecured Creditors | $303.54 | $0.00 | $303.54 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»»  009 | Secured Creditors | $123.07 | $87.79 | $35.28 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»»  08A | Secured Creditors | $2,716.13 | $2,093.82 | $622.31 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»»  08B | Unsecured Creditors | $40,923.32 | $0.00 | $40,923.32 |
| 7 | SELECT PORTFOLIO SERVICING INC<br>»»  007 | Mortgage Arrears | $559.05 | $430.94 | $128.11 |
| 6 | SYNCHRONY BANK<br>»»  006 | Unsecured Creditors | $428.53 | $0.00 | $428.53 |
| 2 | TOYOTA MOTOR CREDIT CORP<br>»»  002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | ROBERT NEIL BRAVERMAN ESQ<br>»»  001 | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |

**Chapter 13 Case No. 17-10855-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,325.00 | Current Monthly Payment: | $107.00 |
| Paid to Claims: | $4,862.55 | Arrearages: | $107.00 |
| Paid to Trustee: | $455.37 | Total Plan Base: | $6,288.00 |
| Funds on Hand: | $7.08 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.