# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lola E. Affleck<br>**Debtor(s)** | BK NO. 17-10855 AMC<br><br>Chapter 13<br><br>Related to Claim No. 7 |
| Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW1<br>**Movant**<br>vs.<br>Lola E. Affleck<br>**Debtor(s)**<br><br>Scott Waterman Esq.,<br>Trustee | |

## CERTIFICATE OF SERVICE OF
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>June 22, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Lola E. Affleck
4161 Gilham Street
Philadelphia, PA 19135

<u>Attorney for Debtor(s)</u>
Robert Neil Braverman, Esq.
46 West Main Street
Maple Shade, NJ 08002

<u>Trustee</u>
Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: <u>June 22, 2021</u>

    /s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Phone: (215)627-1322
Email: rsolarz@kmllawgroup.com
Attorney for Movant